UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

21 MAG 925

JASMINE TABAK, Defendant

-------------------------------------------------------------------X

Defendant JASMINE TABAK hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__    Bail/Detention Hearing

        Conference;Guilty Plea and Sentence on VOSR


/s/Jasmine Tabak                                           _[signature]_
_____                            _____
Defendant's Signature                                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_JASMINE TABAK                                             DANIEL S. PARKER
Print Defendant's Name                                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

February 3, 2021
_____
Date

                                                           _[signature]_
                                                           _____
                                                           JAMES L. COTT
                                                           United States Magistrate Judge